IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02063-WDM-CBS

VACATION TRAVEL INTERNATIONAL, INC.,

      Plaintiff,

v.

HECTOR V. BARETTO, in his official capacity as
Administrator of the United States
Small Business Administration
w
      Defendant

---

### MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the Unopposed Motion to Vacate and Reschedule Final Pretrial Conference/Status Conference Scheduled for December 19, 2006 (*doc. no. 41*) is **GRANTED**. The conference set for December 19, 2006, is **VACATED**.

      IT IS FURTHER ORDERED that a telephonic status conference has been set for **January 24, 2007, at 10:00 a.m. (Mountain Time)**.

### **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

      Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

      Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**      December 18, 2006